# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Mary Barath,** | ) | **CASE NO. 1: 17 CV 776** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE PATRICIA A. GAUGHAN** |
| **v.** | ) | |
| | ) | |
| **Andrew D. Bemer,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Court's accompanying Memorandum of Opinion and Order granting the defendant's motion to dismiss, judgment is hereby entered in this matter in favor of the defendant and against the plaintiff. The Court further certifies, pursuant to 28 U.S.C. § 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

      /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge
Chief Judge

Dated: 9/27/17